**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 09-707-01 (SRC) |
| | : | |
| Plaintiff, | : | |
| | : | **OPINION & ORDER** |
| v. | : | |
| | : | |
| ROBERT F. COBBS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CHESLER**, District Judge

     This matter comes before the Court on the motion (Docket Entry No. 5) by Defendant Robert F. Cobbs for reconsideration of this Court's Opinion and Order of October 12, 2011, which denied Defendant's application for early termination of supervised release. Defendant asks for reconsideration on the ground that supervised release will interfere with his exercising his right to vote in November of 2012. This argument was not raised in Plaintiff's original application and is new argument but, in any case, does not provide a sufficient basis to grant Defendant the relief he seeks. The motion for reconsideration is denied.

     **SO ORDERED**.

                                      _s/ Stanley R. Chesler_
                                      STANLEY R. CHESLER
                                      United States District Judge